UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-po-00301-CKD |
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | ) ) | |
| ALEXANDER GOLDSHTRAKH, | ) | DATE: December 3, 2018 |
| Defendant. | ) ) | TIME: 9:00 a.m. JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:18-po-00301-CKD without prejudice is GRANTED.

It is further ordered that the bench trial scheduled December 3, 2018, at 9:00 a.m. is vacated.

SO ORDERED.

Dated: November 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS & VACATE TRIAL          1          U.S. v. ALEXANDER GOLDSHTRAKH